**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6777**

DEANDRE BALLARD,

Plaintiff - Appellant,

v.

RUTH KINGOO, NP; ERWIN ADANA, MD; ABDUZAHED JAHED, MD; MARIE ANAMA, RN; CLAUDIA A. HOWARD, MD; SHERY A. DUNCAN, RN; SEDIK ALI, MD; EVANS BUDU, RN; MANDI HART, RN,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-02763-BAH)

Submitted:  December 23, 2025                          Decided:  December 31, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

DeAndre Ballard, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland; Jason Richard Engel, Carlos Andres Uria, CHARTWELL LAW OFFICES LLP, Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAndre Ballard appeals the district court's order dismissing some of his claims and awarding summary judgment to certain defendants on others in his 42 U.S.C. § 1983 action. We have thoroughly reviewed the record and discern no reversible error. Accordingly, we deny Ballard's motions to appoint counsel and affirm the district court's order. *Ballard v. Kingoo*, No. 1:24-cv-02763-BAH (D. Md. Aug. 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2